UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | Crim. No. 07-484 |
| | : | |
| HASHIM SCOTT | : | ORDER |

The government's brief in opposition to defendant's re-sentencing motion having been filed in error; and for good and sufficient cause shown,

It is on this ____ day of ~~April~~ 2008,

ORDERED that said brief and all attachments [Docket No. 36] be removed from the public criminal docket.

_____
HON. STANLEY R. CHESLER
United States District Judge