**NOT FOR PUBLICATION**

CL

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HASHIM SCOTT, | : |
| Petitioner, | : |
|  | :  Crim. A. No.  07-0484 (SRC) |
| v. | : |
|  | :  **OPINION & ORDER** |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

**Chesler, U.S.D.J.**

      This matter comes before the Court on *pro se* Petitioner Hashim Scott's motion for a reduction in sentence pursuant to Title 18 of the United States Code, Section 3582(c)(2) and United States Sentencing Guidelines, Section 1B1.10(c), which relates to sentencing for crack cocaine related offenses.  [Docket item 35].

      Amendment 706 to U.S.S.G. § 2D1.1(c), which  provides for a two-level decrease in the base level for all crack cocaine quantities, became effective November 1, 2007.  *See* U.S.S.G. § 2D1.1(c), Supp. to App'x C.  The Court sentenced Petitioner on November 26, 2007, after Amendment 706 went into effect.  Although the Presentence Investigation Report calculated Petitioner's offense level of thirty-four using the pre-amendment guidelines, the Court relied upon the guidelines as amended by Amendment 706 and calculated Petitioner's offense level as thirty-two.

      Because the Court sentenced Petitioner under the guidelines as amended November 1,

2007, his motion for a new sentence is without merit.  Therefore,

    **IT IS** on this 9th day of May 2008,

    **ORDERED** that Petitioner's motion for a reduction in sentence is denied.  [Docket item 35].

                                           s/ Stanley R. Chesler
                                           STANLEY R. CHESLER,
                                           UNITED STATES DISTRICT JUDGE