CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | Crim. A. No. 07-484 (SRC) |
| Plaintiff, | : | ORDER |
| v. | : | |
| HASHIM SCOTT, | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter having come before the Court on Defendant's motion to his Pre-sentence Investigation Report ("PSR") [Docket Entry No. 40]; and the Court having considered the submissions by the parties in support of and in opposition to the instant motion; and

**IT APPEARING** that there is no basis to amend the PSR to include the information Defendant requests;

**THEREFORE**, it is on this 5th day of May 2009,

**ORDERED** that Defendant's motion to amend his PSR is **DENIED**.

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.