UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

: CRIMINAL NO. 07-484-001 (SRC)

v. :

HASHIM SCOTT :

ORDER APPOINTING COUNSEL

This matter having been opened to the Court upon the request of the Defendant, Hashim Scott, through his prospective appointed attorney, Louise Arkel, Esq., Research and Writing Attorney, for an Order by the Court appointing counsel in Mr. Scott's 18 U.S.C. § 3582(c)(2) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 19 day of October, 2011 that Louise Arkel, Esq., Research and Writing Attorney is appointed to represent Hashim Scott in this matter.

And it is so Ordered.

HONORABLE STANLEY R. CHESLER
United States District Court Judge