AO 247 (06/09)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

_____ District of New Jersey _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hashim Scott | ) | Case No: 07-484-001 |
| | ) | USM No: 2:06-mj-03069-PS |
| Date of Previous Judgment: November 26, 2007 | ) | Louise Arkel |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____70_____ months **is reduced to** __46 months__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| Previous Offense Level: | 27 | Amended Offense Level: | 23 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 46 to 57 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

x The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __11/26/07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _10/19/11_

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Stanley R. Chesler, United States District Judge
Printed name and title